| LBHI Loan # | Seller Loan # | Property Address | City | State | Zip | Claim Reason (1) | Claim Reason (2) | Claim Reason (3) | Disputed Amount |
|---|---|---|---|---|---|---|---|---|---|
| 0485 | 1612 | | | | | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $333,598.10 |
| 3180 | 6000 | | | | | MISREP - INCOME/EMPLOY | | | $164,674.95 |
| 8146 | 0000 | | | | | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | $182,277.43 |
| 9523 | 1000 | | | | | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $181,152.89 |
| 6740 | 1445 | | | | | MISREP - INCOME/EMPLOY | | | $356,532.07 |
| 2415 | 5000 | | | | | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $147,515.43 |
| 0935 | 0000 | | | | | MISREP - INCOME/EMPLOY | | | $131,791.15 |
| 2811 | 2124 | | | | | MISREP - DEBTS | UW - INCOME/EMPLOY | | $302,959.47 |
| 7170 | 2000 | | | | | MISREP - CREDIT/FICO | MISREP - OCCUPANCY | | $168,913.99 |
| 3657 | 3889 | | | | | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $271,079.23 |
| 4542 | 7000 | | | | | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $217,882.52 |
| 6093 | 6000 | | | | | MISREP - INCOME/EMPLOY | | | $203,244.99 |
| 4633 | 8000 | | | | | MISREP - DEBTS | MISREP - OCCUPANCY | | $381,811.84 |
| 8794 | 9000 | | | | | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | MISREP - DEBTS | $236,173.27 |
| 4534 | 4265 | | | | | MISREP - DEBTS | | | $192,494.02 |
| 3712 | 1031 | | | | | MISREP - INCOME/EMPLOY | | | $174,882.06 |
| 3687 | 2306 | | | | | MISREP - OCCUPANCY | | | $360,602.61 |

**TOTAL** **$4,007,586.02**

EXHIBIT A